IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

ROMEJA EDWARDS, on behalf of
S.J.E.,                                :

    Plaintiff,                     :

vs.                                    :
                                  CIVIL ACTION 10-0449-WS-M

MICHAEL J. ASTRUE,                     :
Commissioner of
Social Security,                       :

    Defendant.                     :

ORDER

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is ORDERED that Defendant's Motion to Dismiss be **GRANTED** and that this action be **DISMISSED**.

DONE this 22nd day of February, 2011.

                                            s/WILLIAM H. STEELE
                                            CHIEF UNITED STATES DISTRICT JUDGE