IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

ROMEJA EDWARDS, on behalf of
S.J.E., :

    Plaintiff, :

vs. :
                                     CIVIL ACTION 10-0449-WS-M

MICHAEL J. ASTRUE, :
Commissioner of
Social Security, :

    Defendant. :

## JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that JUDGMENT be entered in favor of Defendant Michael J. Astrue and against Plaintiff Romeja Edwards on behalf of S.J.E.

DONE this 22nd day of February, 2011.


                                       s/WILLIAM H. STEELE
                                       CHIEF UNITED STATES DISTRICT JUDGE